UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAC D. BURT,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT EARNEST, VA DEPARTMENT OF VETERAN AFFAIRS,<br><br>    Defendants. | Case No. 24-cv-2435-BEN (MMP)<br><br>**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>**[DKT NO. 2, 4, 5, 6, 9]** |

Defendants move to dismiss Plaintiff's *pro se* Complaint (Dkt #9). Plaintiff filed an opposition. The motion to dismiss is granted, without prejudice.

Plaintiff seeks to bring an action against Robert Earnest (alleged to be a work supervisor of Plaintiff at the Department of Veteran Affairs) and the VA Department of Veteran Affairs (where Plaintiff allegedly is employed). Plaintiff's claim against these two federal government defendants is based on the American With Disabilities Act, as stated in the First Claim for Relief. *See* Complaint ¶IV(A) (First Claim For Relief: "(Reassigned to Telework) Americans With Disabilities Act of 1964."). Unfortunately, that statute provides no possible remedy for Plaintiff. *See Kimber v. Del Toro,* Case No. 21cv1487-BTM (BLM), 2024 WL

171386, at *6 (S.D. Cal. Jan. 16, 2024) ("[T]he ADA provides no remedy to federal employees."). Plaintiff now disagrees, saying that his claim is not based on the ADA. Instead, he argues that he was seeking relief under the Federal Tort Claims Act (*see* Opposition *passim.*). But that statute is nowhere mentioned or suggested in the original Complaint. Plaintiff may correct his allegations, if he so desires, by filing an amended complaint.

Plaintiff has filed a number of other motions which are hereby denied. Plaintiff's motion for appointment of counsel (Dkt #2) is denied since the current Complaint lacks merit. Defendant's motion to order the U.S. Marshal to serve summons (Dkt #4) is not authorized in these circumstances. Plaintiff's motion to compel (Dkt #5) is unintelligible and premature. Plaintiff's motion for a temporary restraining order (Dkt #6) is denied because there is little likelihood of success on the merits of the singular ADA claim for relief.

Considering these factors, the Defendants' motion to dismiss is granted, without prejudice. Plaintiff is hereby granted leave to file an amended complaint and shall do so, if at all, within 30 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: May 12, 2025

Roger T. Benitez
United States District Judge

24cv2435